**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  REESTABLISHMENT OF THE     :   NO. 522
MAGISTERIAL DISTRICTS WITHIN THE  :
16th JUDICIAL DISTRICT OF THE       :   MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA   :

## ORDER

**PER CURIAM**

AND NOW, this 4th day of November, 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 16th Judicial District (Somerset County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the realignment of Magisterial Districts 16-3-02, 16-3-03, 16-3-05, and 16-3-06, within Somerset County, to be effective January 1, 2023, is granted; and that the Petition, which also provides for further realignment of Magisterial District 16-3-03 and realignment of 16-3-01, within Somerset County, to be effective January 1, 2024, is granted.

Said Magisterial Districts shall be as follows:

Magisterial District 16-3-01
Magisterial District Judge Susan Mankamyer

Benson Borough
Boswell Borough
Hooversville Borough
Jennerstown Borough
Stoystown Borough
Conemaugh Township
Jenner Township
Lincoln Township
Quemahoning Township

Magisterial District 16-3-02
Magisterial District Judge William E. Seger

Central City Borough
Indian Lake Borough
Paint Borough
Shanksville Borough
Windber Borough
Ogle Township
Paint Township
Shade Township
Stonycreek Township

Magisterial District 16-3-03
Magisterial District Judge Kenneth W. Johnson

*Until 12/31/2023:*
Somerset Borough
Lincoln Township
Somerset Township
*After 12/31/2023:*
Somerset Borough
Somerset Township

Magisterial District 16-3-05
Magisterial District Judge Sandra L. Stevanus

Casselman Borough
Confluence Borough
New Centerville Borough
Rockwood Borough
Seven Springs Borough
Ursina Borough
Black Township
Jefferson Township
Lower Turkeyfoot Township
Middlecreek Township
Milford Township
Upper Turkeyfoot Township

Magisterial District 16-3-06
Magisterial District Judge Douglas McCall Bell

Addison Borough
Berlin Borough
Callimont Borough
Garrett Borough
Meyersdale Borough
New Baltimore Borough
Salisbury Borough
Wellersburg Borough
Addison Township
Allegheny Township
Brothersvalley Township
Elk Lick Township
Fairhope Township
Greenville Township
Larimer Township
Northampton Township
Southampton Township
Summit Township